SRM

**WO**

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| **Daniel Lee Baker,** Plaintiff -vs- **Dora B. Schriro, et al.,** Defendant(s) | CV-07-0353-PHX-SMM (JI) **WITHDRAWAL OF REFERENCE** |

It appearing to the court that the Plaintiff's Amended Motion for Preliminary Injunction, Temporary Restraining Order, and Three Judge Court, filed April 26, 2007 is now ready for the court's consideration,

**IT IS THEREFORE ORDERED** that the reference of this case to the magistrate judge is withdrawn as to Plaintiff's Amended Motion for Preliminary Injunction, Temporary Restraining Order, and Three Judge Court, filed April 26, 2007.

All other matters in this action shall remain with the magistrate judge for disposition as appropriate.

DATED this 22nd day of May, 2007.

Stephen M. McNamee
United States District Judge