**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Lee Baker,<br><br>      Plaintiff,<br><br>vs.<br><br>Dora B. Schriro, et al.,<br><br>      Defendants. | No. CV 07-353-PHX-SMM (JRI)<br><br>**MEMORANDUM OF DECISION AND ORDER** |

      Pending before the Court is Plaintiff's Motion to Amend. (Doc. No. 5) The matter was referred to Magistrate Judge Jay R. Irwin for Report and Recommendation. On May 7, 2007, the Magistrate Judge filed a Report and Recommendation Re: Motion to Amend and Screening of First Amended Complaint with this Court. (Doc. No. 12) To date, no objections have been filed.

**STANDARD OF REVIEW**

      When reviewing a Magistrate Judge's Report and Recommendation, this Court "must make a de novo determination of those portions of the report . . . to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate." 28 U.S.C. § 636(b)(1)(C); see also Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991) (citing Britt v. Simi Valley Unified Sch. Dist., 708 F.2d 452, 454 (9th Cir. 1983)). Failure to object to a Magistrate Judge's recommendation relieves the Court

of conducting de novo review of the Magistrate Judge's factual findings. <u>Orand v. United States</u>, 602 F.2d 207 (9th Cir. 1979) (citing <u>Campbell v. United States Dist. Court</u>, 501 F.2d 196 (9th Cir. 1974)); see also <u>Barilla v. Ervin</u>, 886 F.2d 1514 (9th Cir. 1989) (overruled on other grounds).  A failure to object to a Magistrate Judge's conclusion "is a factor to be weighed in considering the propriety of finding waiver of an issue on appeal." <u>Turner v. Duncan</u>, 158 F.3d 449, 455 (9th Cir. 1998); <u>Baxter</u>, 923 F.2d at 1394; <u>Martinez v. Ylst</u>, 951 F.2d 1153, 1156 (9th Cir. 1991) (citing <u>McCall v. Andrus</u>, 628 F.2d 1185, 1187 (9th Cir. 1980)).

## DISCUSSION

Having reviewed the Report and Recommendation of the Magistrate Judge, and no objections having been made by Petitioner thereto, the Court hereby incorporates and adopts the Magistrate Judge's Report and Recommendation.

## CONCLUSION AND ORDER

For the reasons set forth,

**IT IS ORDERED** that the Court adopts the Report and Recommendation of the Magistrate Judge (Doc. No. 12) in its entirety.

DATED this 7th day of June, 2007.

_____
Stephen M. McNamee
United States District Judge

- 2 -