1    **WO**

2

3

4

5

6                        **UNITED STATES DISTRICT COURT**

7                            **DISTRICT OF ARIZONA**

8

9    Daniel Lee Baker,

                    Plaintiff              CV-07-0353-PHX-SMM (JI)
10   v.

11   Dora B. Schriro, et al.,             **ORDER**

12             Defendants.

13

14        It appearing to the Court that the Defendants Malone, Schriro & McMacken's Motion

15   to Dismiss, filed August 20, 2007 (Dkt. 33) and Defendant Toersbijn's Motion to Dismiss

16   Counts/Claims, filed October 29, 2007 (Dkt. 60) are now ready for the Court's consideration,

17        **IT IS HEREBY ORDERED** that the reference of this case to the magistrate judge

18   is withdrawn as to Defendants Malone, Schriro & McMacken's Motion to Dismiss, filed

19   August 20, 2007 (Dkt. 33).

20        **IT IS FURTHER ORDERED** that the reference of this case to the magistrate judge

21   is withdrawn as to Defendant Toersbijn's Motion to Dismiss Counts/Claims, filed October

22   29, 2007 (Dkt. 60).

23        All other matters in this action shall remain with the magistrate judge for disposition

24   as appropriate.

25        DATED this 24th day of January, 2008.

26

27                                          _____
                                                Stephen M. McNamee
28                                              United States District Judge

- 1 -