**WO**

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Lee Baker,<br><br>        Plaintiff<br>v.<br><br>Dora B. Schriro, et al.,<br><br>        Defendants. | CV-07-0353-PHX-SMM (JI)<br><br>**ORDER** |

It appearing to the Court that the Defendants Clemente and Waldron's Motion to Dismiss Counts IX and X, filed January 18, 2008 (Dkt. 88) is now ready for the Court's consideration,

**IT IS HEREBY ORDERED** that the reference of this case to the magistrate judge is withdrawn as to Defendants Clemente and Waldron's Motion to Dismiss (Dkt. 88).

All other matters in this action shall remain with the magistrate judge for disposition as appropriate.

DATED this 26th day of March, 2008.

_____
Stephen M. McNamee
United States District Judge

- 1 -