**WO**

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Lee Baker,<br><br>   Plaintiff<br>v.<br><br>Dora B. Schriro, et al.,<br><br>   Defendants. | CV-07-0353-PHX-SMM (JI)<br><br>**ORDER** |

It appearing to the court that the Plaintiff's Motion for Review in Light of Discovered Mistake, filed March 14, 2008 (Dkt. 103) is now ready for the Court's consideration,

**IT IS HEREBY ORDERED** that the reference of this case to the magistrate judge is withdrawn as to Plaintiff's Motion for Review in Light of Discovered Mistake, filed March 14, 2008 (Dkt. 103).

All other matters in this action shall remain with the magistrate judge for disposition as appropriate.

DATED this 27th day of March, 2008.

Stephen M. McNamee
United States District Judge